# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kasboske, et al.,

Plaintiff(s),

v.

J.P. Morgan Chase Bank, NA et al.,

Defendant(s).

Case No. 16-cv-5129

Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

        which ☐ includes     pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: Plaintiffs' amended complaint 8 is stricken, and Plaintiffs' case is dismissed. Plaintiffs' "motion to enforce amended complaint to enforce 63 civil 3106 and the Illinois anti-trust act" 9 is denied as moot.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date: 7/22/2016                           Thomas G. Bruton, Clerk of Court

                                                  C. Hoesly, Deputy Clerk